## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Kirk Allen Voelker,                                                             Civil No. 05-2126 (DWF/JJG)

            Plaintiff,

v.                                                                                                   **ORDER**

Steele County Employees, Prosecutor Scott Schreiner,
Judge Joseph Beutel, Deputy Sheriff Youngquist,
and Medford Mayor Dan Kaiser,

            Defendants.

---

Kirk Allen Voelker, *Pro Se*, Plaintiff.

---

       The above-entitled matter came before the Court upon the Report and Recommendation of the United States Magistrate Judge. No objections have been filed to that Report and Recommendation in the time period permitted.

       Based upon the Report and Recommendation of the Magistrate Judge, and all the files, records and proceedings herein,

       **IT IS HEREBY ORDERED** that:

       1.      Plaintiff's Application to Proceed Without Prepayment of Fees (Doc. No. 2) is **DENIED**;

       2.      Plaintiff's "Motion To Proceed Without Cost Pursuant To Minn. Const. Art. I, § 8" (Doc. No. 4) is **DENIED**; and

2

3. This action is **DISMISSED WITHOUT PREJUDICE**.

Dated:  November 22, 2005          <u>s/Donovan W. Frank</u>
                                    DONOVAN W. FRANK
                                    Judge of United States District Court